**FILED**
October 11, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Joseph Leone, )<br>)<br>Defendant. ) | Case No. 2:07-mj-313 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Joseph Leone_ Case _2:07-mj-313 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

_X_   Unsecured bond in the amount of $100,000 to be co-signed by defendant's mother and to be replaced by a secured bond within 14 days.

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

_X_   (Other) _PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _10/11/07_ at _4:04 p.m._.

By _____
Kimberly J. Mueller,
United States Magistrate Judge